## ROBERTS *v.* ROBERTS.

[No. 10,740. Filed March 18, 1921.]

From Marion Superior Court (A 4,859) ; *Theophilus J. Moll,* Judge.

Action between William H. Roberts and Myrtle Roberts. From the judgment rendered, the former appeals. *Reversed.*

*Joseph H. Brown,* for appellant.

REMY, C. J.—Reversed on the authority of *Miller* v. *Julian* (1904), 163 Ind. 582, 72 N. E. 588.

## THOMAS *v.* ECONOMOFF.

[No. 10,572. Filed March 29, 1921.]

From Lake Superior Court; *Charles E. Greenwald,* Judge.

Action between Mae Thomas and Dimitri Economoff. From the judgment rendered, the former appeals. *Reversed.*

*Sheehan & Lyddick,* for appellant.
*Richard E. Houren,* for appellee.

REMY, C. J.—Reversed on authority of *Rose* v. *Arford* (1909), 172 Ind. 269, 88 N. E. 302.

## HOLZBOG ET AL. *v.* FREEMAN.

[No. 10,456. Filed January 4, 1921. Rehearing denied March 29, 1921.]

From Grant Circuit Court; *J. F. Charles,* Judge.

Action between George H. Holzbog and others and William H. Freeman. From the judgment rendered, the former appeal. *Affirmed.*

*Gus Condo, John R. Browne* and *L. A. Douglass,* for appellants.
*A. H. Plummer, Walter G. Todd, F. W. Plummer* and *S. L. Strickler,* for appellee.

PER CURIAM.—Judgment affirmed.